**Cion Adonis PERALTA,**
**Plaintiff–Appellant,**

v.

**R.P. GALLOWAY; et al., Defendants–**
**Appellees.**

No. 09–15014.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 2, 2010.

Cion Adonis Peralta, Ione, CA, pro se.

No Appearance for Defendants–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM ***

Cion Adonis Peralta, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that the defendants acted with deliberate indifference to his medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000). We may affirm on any basis supported by the record. *Dittman v. California,* 191 F.3d 1020, 1027 n. 3 (9th Cir.1999). We affirm.

The district court properly dismissed Peralta's action because his allegations of inadequate care state, at most, a claim of negligence. *See Wood v. Housewright,* 900 F.2d 1332, 1334 (9th Cir.1990) ("While poor medical treatment will at a certain point rise to the level of constitutional violation, mere malpractice, or even gross negligence, does not suffice."); *Sanchez v. Vild,* 891 F.2d 240, 241–42 (9th Cir.1989) (holding that a difference of opinion about the best course of medical treatment does not amount to deliberate indifference); *see also Steckman v. Hart Brewing, Inc.,* 143 F.3d 1293, 1298 (9th Cir.1998) (stating that the general rule that parties are allowed to amend their pleadings does not extend to cases where amendment would be futile).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Peralta's remaining contentions are unpersuasive.

**AFFIRMED.**